IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS AT WICHITA, KANSAS

Y.R., a minor, by and through his Parents,
Natural Guardians, and Next Friends,
EDUARDO REYES and CHRISTINE
REYES,

                         Plaintiff,

    vs.

BOB WILSON MEMORIAL GRANT
COUNTY HOSPITAL and NEAL R.
BROCKBANK, D.O.,

                    Defendants.

Case No. 2010-1312-JTM-GLR

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

COME NOW plaintiff, Y.R., a minor, by and through his Parents, Natural Guardians, and Next Friends, Eduardo Reyes and Christine Reyes ("plaintiff"), and Defendants, Bob Wilson Memorial Grant County Hospital and Neal R. Brockbank, D.O. (collectively "Defendants"), by and through their respective counsel, hereby move this Court for an order approving the terms of their settlement.  Plaintiff appears by and through his counsel, Victor Bergman, and his parents, Eduardo (via telephone) and Christine Reyes.  Defendant Bob Wilson Memorial Grant County Hospital appears by and through its counsel, Brian C. Wright.  Defendant Neal R. Brockbank, D.O. appears by and through his counsel, Don D. Gribble, II.   In support of their joint motion, the movants state:

    1.      This is a tort action wherein Plaintiff has alleged medical negligence in his care or treatment on the part of Defendants.

    2.      Plaintiff and Defendants have reached a settlement in this matter, as represented in the *Final Release and Settlement Agreement* ("Agreement").  In the Agreement, Plaintiff has

agreed to forever waive all claims against Defendants and dismiss all of his claims against Defendants, with prejudice, in exchange for the consideration set forth in the Agreement. The signed Agreement reflects a valid, just, and equitable settlement, a copy of which is provided to the Court contemporaneously with this motion for the Court's review. The signed Agreement will be withdrawn from the Court by Defendants at the conclusion of the settlement hearing.

3.      Concurrent with this Motion, a *Motion to Authorize the Establishment of a Special Needs Trust* has been filed. If that Motion is granted, then all consideration and payments to plaintiff will be paid to said Trust. The Agreement has been drafted in anticipation of the Court's approval of the Trust.

4.      The Plaintiff and Defendants represent that the Agreement into which they have entered is valid, just, and equitable as required by K.S.A. 40-3410(c); and that the attorneys' fees and expenses are reasonable pursuant to K.S.A 7-121b(a).

5.      The facts and evidence, including but not limited to the Agreement, the representations of the Plaintiff and Defendants made by and through counsel, and the testimony of the plaintiffs' parents at hearing, show that the settlement described in the Agreement, including but not limited to the specific amount to be distributed to and for the benefit of the minor plaintiff, Y.R., and the manner of such distribution, is valid, fair, just, and equitable. Such facts and evidence also show that the settlement and Agreement is conservative of plaintiff's interests in this matter and in plaintiff's best interests.

**WHEREFORE,** the parties request this Court to find, order, adjudge, and decree:

1.      That the settlement is approved as valid, just, and equitable as required by K.S.A. 40-3410(c), and the settlement is otherwise approved by the Court.

2.      That the attorneys' fees and expenses to be charged are fair, just, and reasonable

pursuant to K.S.A 7-121b(a);

      3.     That the settlement, as set forth in the Agreement, including but not limited to the specific amount to be distributed to and for the benefit of the minor plaintiff, Y.R., and the manner of such distribution, is valid, fair, just, and equitable, and is conservative of plaintiff's interests in this matter and plaintiff's best interests.  Further, that the hearing of this matter was adequate to protect plaintiff's interests.

      4.     That Plaintiff's counsel shall: (1) withhold sufficient funds ("Retained Funds") from the settlement funds to satisfy all lienholders and parties with subrogation interests; (2) deposit the Retained Funds into a trust account in which the Retained Funds shall remain until plaintiff's counsel releases those funds to such lienholders or other parties with subrogation interests; and (3) furnish the defense with documentation that the liens and subrogation interests have been satisfied from the settlement proceeds.

      5.     That the Court dismiss, with prejudice, all claims against the Defendants.

Respectfully submitted,

/s/Victor A. Bergman
Victor A. Bergman
Bar Number 08625
David C. DeGreeff
Bar Number 21794
Attorneys for Plaintiff
Shamberg, Johnson & Bergman, Chtd.
2600 Grand, Ste 550
Kansas City, MO 64108
(816) 474-0004 (Telephone)
(816) 474-0003 (Fax)
E-mail: vbergman@sjblaw.com
E-mail: ddegreeff@sjblaw.com

/s/Brian C. Wright_____
Brian C. Wright
Bar Number 12874
Attorney for Defendant Bob Wilson
Memorial Grant County Hospital
WRIGHT LAW OFFICE, Chartered
4312 10th Street Place
Great Bend, Kansas 67530
 (620) 793-8900 (Telephone)
(620) 793-8525 (Fax)
E-mail: brian@bcwrightlaw.com


s/Don D. Gribble, II_____
Don D. Gribble, II
Bar Number 12163
Attorney for Defendant Neal R.
Brockbank, D.O.
Hite, Fanning & Honeyman LLP
100 N. Broadway, Suite 950
Wichita, Kansas, 67202
(316) 265-7741 (Telephone)
(316) 267-7803 (Fax)
E-mail: gribble@hitefanning.com


## CERTIFICATE OF MAILING

I hereby certify that on the 16th day of January, 2012, I electronically filed the foregoing with the clerk of the court by using CM/ECF system which will send a notice of electronic filing to the following:

Brian C. Wright
LAW OFFICE OF BRIAN C. WRIGHT
4312 10th Street Place
Great Bend, KS  67530
(620) 793-8900 (Telephone)
(620) 793-8525 (Facsimile)
brian@bcwrightlaw.com
*Attorney for Defendant Bob Wilson Memorial Grant County Hospital*

Don D. Gribble, II
HITE, FANNING & HONEYMAN, L.L.P.
Bank of America Center,
100 North Broadway, Suite 950
Wichita, KS  67202
(316) 265-7741 ext. 116 (Telephone)
(316) 267-7803 (Facsimile)
gribble@hitefanning.com
*Attorney for Defendant*
*Neal R. Brockbank, D.O.*

Stephen L. Brave
3500 North Rock Road
Building 2200, Suite 201
Wichita, KS  67226
(316) 636-9500 (Telephone)
(316) 636-9550 (Facsimile)
sbrave@bravelawfirm.com
Attorneys for Plaintiffs


s/Victor A. Bergman
Attorney for Plaintiffs